IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MORRELL GIVENS,

    Petitioner,

v.                                             Civ. No. 09-1048 WJ/RLP

ANTHONY ROMERO,

    Warden.

ORDER

THIS MATTER comes before the Court on the objections [Doc. 17] to the Magistrate Judge's Report and Recommendation and the Magistrate Judge's Supplemental Report and Recommendation, to which no objections were filed. The Court has made a *de novo* review of the record and finds that the Magistrate Judge's Supplemental Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation [Doc. 15] and the Supplemental Report and Recommendation [Doc. 21] are adopted by the Court; and

IT IS FURTHER ORDERED that Plaintiff's Motion for Extension of Time [Doc. 17] is granted; and

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss [Doc. 14] is granted; and

IT IS FURTHER ORDERED that this case is dismissed without prejudice.

IT IS SO ORDERED.

_____
William Johnson
United States District Judge